√# 115 *129416

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 APR 11 PM 2:21
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: ) Case Number: 10-35534

Randall L. and Susan Bowman, ) Chapter 7

    Debtors. ) JUDGE MARY ANN WHIPPLE

## REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Capital Recovery IV, LLC<br>c/o Recovery Management Systems Corp. | 25 SE 2nd Avenue, Ste. 1120<br>Miami, FL 33131 | $4.34 |

Check number 115 in the amount of $ 4.34 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

April 6, 2011

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129